ESTATE OF MARTIN: LUEDEKE, Appellant, vs. LUEDEKE, Executrix and others, Respondents.

*October 13—November 14, 1944.*

134

For the appellant there was a brief by *Harold T. Thorson* of Rice Lake, attorney, and *Clarence V. Olson* of Ashland of counsel, and oral argument by *Mr. Thorson.*

For the respondents the cause was submitted on the brief of *C. F. Morris* of Washburn.

WICKHEM, J. Appellant contends that the county court was without jurisdiction to try the title to the property in dispute and there appears to be no question under the authorities of the soundness of this contention. In *Central Wis-*

*consin Trust Co. v. Schumacher,* 230 Wis. 591, 596, 284 N. W. 562, this court said:

"The law is definitely settled in this jurisdiction that the county court cannot try title to property which is in dispute."

This rule has been consistently followed in this state as evidenced by the following cases: *Estate of Krauss,* 212 Wis. 561, 250 N. W. 388; *Estate of George,* 225 Wis. 251, 270 N. W. 538, 274 N. W. 294; *Estate of Schaefer,* 189 Wis. 395, 207 N. W. 690; *Saddington's Estate v. Hewitt,* 70 Wis. 240, 35 N. W. 552.

The whole matter has received such full and complete exposition in the foregoing cases that we do not deem it necessary or proper to enter into an extended discussion of the matter.

*By the Court.*—Judgment reversed, and cause remanded with directions to vacate the judgment appealed from, and for further proceedings according to law.